UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
BLUE CASTLE (CAYMAN) LTD.,

                          Plaintiff,

               -against-

GARNETT MILLER et al.,

                         Defendant.
---------------------------------------------------------X

**23-CV-04133 (JPO)(VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

      As the deadlines in the case management plan have passed, <u>see</u> ECF No. 30, the parties are directed provide the Court with updated proposed deadlines by **February 16, 2024**.

      **SO ORDERED.**

DATED:    New York, New York
              February 8, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge