UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

BLUE CASTLE (CAYMAN) LTD.,

                               Plaintiff,

                 -against-

GARNETT MILLER et al.,

                              Defendant.
---------------------------------------------------------X

**23-CV-04133 (JPO)(VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

     As discussed at the conference on February 28, 2024, fact discovery will close on **April 30, 2024**.

     **SO ORDERED.**

DATED:   New York, New York
             February 28, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge