UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLUE CASTLE (CAYMAN) LTD.,
                  Plaintiff,

-v-

GARNETT MILLER, *et al.*,
                  Defendants.

23-CV-4133 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiff Blue Castle (Cayman) Ltd. attempted to request a certificate of default on July 2, 2024. On October 10, 2024, the Clerk's Office issued a notice on ECF directing Plaintiff to refile the document using the proper event type. Plaintiff has not yet refiled its request for entry of default. Until the Plaintiff properly files a request for entry of a certificate of default from the Clerk of Court, no motion for default judgment can be considered.

    Plaintiff is further notified that a motion for default judgment must comply with this Court's Individual Rules in Civil Cases, including service of the motion and associated papers on the defaulting parties.

    By November 26, 2024, Plaintiff is directed to either (1) file a letter concerning the status of the case, or (2) properly obtain a certificate of default and then refile and serve its motion for default judgment against Defendants.

    Plaintiff is directed to serve a copy of this order by mail on Defendants.

    SO ORDERED.

Dated: November 12, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge