UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
BLUE CASTLE (CAYMAN) LTD.,

                Plaintiff,

-against-      23 **CIVIL** 4133 (JPO)

**DEFAULT JUDGMENT**

GARNETT MILLER, et al.,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 14, 2025, Plaintiff's motions for summary judgment and default judgment are GRANTED. Judgment of foreclosure is entered and in favor of Plaintiff ; accordingly, the case is closed.

**Dated:** New York, New York

    March 14, 2025

**TAMMI M HELLWIG**

**Clerk of Court**

**BY:** *K. Mango*

**Deputy Clerk**