UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLUE CASTLE (CAYMAN) LTD.,
                   Plaintiff,

-v-

GARNETT MILLER, *et al.*,
                   Defendants.

23-CV-4133 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    For the reasons stated on the record during the July 22, 2025 telephonic conference, Defendant Garnett Miller's Motion for a Temporary Restraining Order is denied.

    The Clerk of Court is directed to close the motion at Docket Number 79.

    SO ORDERED.

Dated: July 22, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge