UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLUE CASTLE (CAYMAN), LTD.,
                      Plaintiff,

-v-

GARNETT MILLER, *et al.*,
                      Defendant.

23-CV-4133 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Upon consideration of Plaintiff's motion to vacate, and there being no response from any party to the motion, it is hereby ordered that Plaintiff's motion is GRANTED. The foreclosure sale that occurred on July 23, 2025 and the referee's deed executed on August 15, 2025 are hereby VACATED. Plaintiff is permitted to reschedule a new foreclosure auction pursuant to RPAPL § 231.

    The Clerk of Court is directed to close the motion at ECF Number 85.

    SO ORDERED.

Dated: October 21, 2025
       New York, New York

                                                    J. PAUL OETKEN
                                                United States District Judge